IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENKA LAB, LLC and | ) | |
| BRONNIKOV CONSULTING, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 2:25-cv-00522 |
| | ) | |
| JOSEPH PLACZEK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS JENKA LAB, LLC AND BRONNIKOV CONSULTING, LLC'S MOTION FOR ALTERNATIVE SERVICE AND FOR EXTENSION OF TIME

Pursuant to Pa. R.C.P. No. 430, Plaintiffs Jenka Lab, LLC ("Jenka Lab") and Bronnikov Consulting, LLC ("Bronnikov") (collectively, "Plaintiffs") request entry of an Order allowing Plaintiffs to serve Defendant Joseph Placzek ("Placzek" or "Defendant") by alternative methods.

1.     Plaintiffs initiated this action on April 15, 2025.

2.     On June 25, 2025, this Court granted Plaintiffs an additional sixty (60) days to effectuate service upon Defendant.

3.     Plaintiffs have attempted to serve Defendant but have been unable to perfect service in the time permitted and in the normal course.

4.     Upon information and belief, Defendant is actively avoiding service.

5. Plaintiffs have searched records, conducted skip traces, and attempted service numerous times, but were unable to serve Defendant at his last known address, an address which Defendant personally provided to Plaintiffs, as more fully set forth in Plaintiff's Brief in Support and accompanying exhibits.

6. Plaintiffs therefore request that this Court allow Plaintiffs to serve Defendant by mail and publication pursuant to Pa.R.C.P. 430.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant its Motion for Alternative Service and for Extension of Time and order that (1) Plaintiffs may serve Defendant via publication and mail pursuant to Pa.R.C.P. 430 and (2) Plaintiffs are granted an additional sixty (60) days to effectuate service, such that service of the Complaint in this matter shall be completed on or before November 12, 2025.

*/s/ Joshua A. Lyons*
Joshua A. Lyons

Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222
Telephone: 412.232.0334
jal@nernberg.com

*/s/Melanie K. Lane*
Kennington R. Groff
GA Bar No.: 782901
Melanie Lane
GA Bar No.: 831941

2

Robin Gentry
GA Bar No.: 289899

BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305exg
Telephone: 404.537.3686
kgroff@founderslegal.com
mlane@legalfounders.com

*Counsel for Plaintiffs*

3