IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JENKA LAB, LLC and           )
BRONNIKOV CONSULTING, LLC )
                             )
        Plaintiffs,          )
v.                           )        Case No.: 2:25-cv-00522
                             )
JOSEPH PLACZEK,              )
                             )
                             )
        Defendant.           )

## CERTIFICATE OF SERVICE

I, Joshua A. Lyons, Esq., hereby certify that a true and correct copy of the specified text Orders of Court signed by the Honorable Mark R. Hornak were served upon all parties to the within matter via email, first-class mail, and certified mail, on the specified dates, addressed as follows:

Joseph Placzek
108 Fairview Drive
McKees Rocks, PA 15136
joseph.placzek@gmail.com

***Docket No. 32 served June 10, 2026***

***Docket No. 34 served June 12, 2026***

Date: June 12, 2026              /s/ Joshua A. Lyons
                                 Joshua A. Lyons, Esq.
                                 Pa. ID No. 94301

Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222
Telephone: 412.232.0334
jal@nernberg.com

*/s/Robin L. Gentry*
Kennington R. Groff, Esq.
GA Bar No.: 782901
Robin Gentry, Esq.
GA Bar No.: 289899

BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305exg
Telephone: 404.537.3686
kgroff@founderslegal.com
rgentry@legalfounders.com

*Counsel for Plaintiffs*

2